Anthony FERRARO, Plaintiff–
Appellant,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, Jerod Resnick, In his Individual Capacity, Defendants–Appellees.

No. 10–3894–cv.

United States Court of Appeals,
Second Circuit.

Dec. 7, 2011.

Ambrose W. Wotorson, Law Offices of Ambrose Wotorson, Brooklyn, N.Y., for Appellant.

Deborah A. Brenner & Kristin M. Helmers (of counsel), for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, N.Y., for Appellees.

Present: ROSEMARY S. POOLER, B.D. PARKER, RAYMOND J. LOHIER, JR., Circuit Judges.

## SUMMARY ORDER

Anthony Ferraro appeals from the district court's grant of summary judgment against him. We assume the parties' familiarity with the underlying facts of the case, the procedural posture, and the issues on appeal.

"We review *de novo* a district court's grant of summary judgment, drawing all factual inferences in favor of the non-moving party." *Collazo v. Pagano,* 656 F.3d 131, 134 (2d Cir.2011) (per curiam).

Even if we assume, *arguendo,* that Ferraro has established a *prima facie* case of unlawful discrimination or retaliation, Ferraro provides no reason to think that the school's decision not to hire him was motivated by anything other than a "legitimate, nondiscriminatory reason." *Gorzynski v. JetBlue Airways Corp.,* 596 F.3d 93, 106 (2d Cir.2010) (quoting *McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 802, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973)) (internal quotation mark omitted).

The school was not seeking applicants for any teaching positions when Ferraro called or wrote seeking a job. Even if we were to assume that the school's decision to lay off some teachers created vacancies for which Ferraro could have been considered, the school's decision to rehire teachers who would otherwise have been laid off instead of considering Ferraro for a position was legitimate and nondiscriminatory. Ferraro failed to show that the school's

decision was motivated even in part either by his age or out of retaliation against him.

We thus need not address any other reasons that Ferraro's claims should be dismissed. Accordingly, the order of the district court is AFFIRMED.